1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

BLAKE SUESS,

11

    Plaintiff,

CASE NO. 3:19-cv-05716 RBL-JRC

12

  v.

REPORT AND RECOMMENDATION

NOTED FOR: **November 22, 2019**

13
14

US BANKRUPTCY COURT CLERK
FOR THE CITY OF TACOMA, *et al.*,

    Defendants.

15
16   The District Court has referred this 42 U.S.C. § 1983 civil rights matter to the

17 undersigned pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules

18 MJR 1, MJR 3, and MJR 4.

19   In July 2019, the Court ordered plaintiff to file a new proposed complaint in support of

20 his *in forma pauperis* application. *See* Dkt. 1. When plaintiff failed to timely do so, the

21 undersigned informed plaintiff that if he did not file an amended proposed complaint in support

22 of his application on or before October 11, 2019, the undersigned would recommend that this

23 matter be dismissed without prejudice for failure to comply with a court order. *See* Dkt. 4.

24

1  Plaintiff has not filed an amended proposed complaint or taken any action in response to
2  either court order. *See* Dkt. Therefore, the undersigned recommends that this matter be
3  dismissed without prejudice.
4  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
5  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
6  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
7  review by the district judge (*see* 28 U.S.C. § 636(b)(1)(C)) and can result in a result in a waiver
8  of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
9  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
10 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **November 22,**
11 **2019,** as noted in the caption.
12 Dated this 4th day of November, 2019.

J. Richard Creatura
United States Magistrate Judge